UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Filed: 4/17/2008
U.S. District Court
East Dist. of Mi Detroit

PATRICK KEVIN MISHALL, 526675

    Petitioner,

v.

MILLICENT WARREN

    Respondent.

_____/

CASE NO. 07-14080
HONORABLE THOMAS L LUDINGTON
UNITED STATES DISTRICT JUDGE
HONORABLE JUDGE VIRGINIA M MORGAN
UNITED STATES MAGISTRATE JUDGE

**Notice of Filing Rule 5 Materials**
**Index of Record**
**Certificate of Service**

**Notice**

TO:    PATRICK KEVIN MISHALL, 526675
        THUMB CORRECTIONAL FACILITY
        3225 JOHN CONLEY DRIVE
        LAPEER, MI  48446

PLEASE TAKE NOTICE that a copy of Rule 5 Material is being served upon the Clerk of the United States District Court for the Eastern District of Michigan, Northern Division, as set forth in the attached Index of Record.

    Respectfully submitted,

    MICHAEL A. COX
    Attorney General

    s/ Laura A. Cook
    Assistant Attorney General
    Appellate Division
    P.O. Box 30217
    Lansing, MI  48913
    (517) 373-4875
    cookl@michigan.gov
    (P44718)

Dated: April 16, 2008

**Index of Record**

## 07-14080

1. Kalamazoo County 9th Circuit Court Docket Sheet 2003-0897-FC

2. 02-07-05 Transcript

3. 02-09-05 Transcript

4. 02-10-05 Transcript

5. 02-14-05 Transcript

6. 06-14-04 Transcript

7. 06-15-04 Transcript

8. 06-16-04 Transcript

9. 06-17-04 Transcript

10. 06-21-04 Transcript

11. 06-22-04 Transcript

12. 06-22-04 VII Transcript

13. 06-25-04 Transcript

14. 06-26-04 Transcript

15. Michigan Court of Appeals 261511

16. Michigan Supreme Court 132367

**Certificate of Service**

The undersigned certifies that on April 16, 2008, Janice K. Atkins served a copy of the following papers by mailing same in the United States Postal Service:

    1.    Respondent's Notice of Filing Rule 5 Material;
    2.    Index of Record; and
    3.    Certificate of Service.

upon the following:

    PATRICK KEVIN MISHALL, 526675
    THUMB CORRECTIONAL FACILITY
    3225 JOHN CONLEY DRIVE
    LAPEER, MI  48446

    Respectfully submitted,

    MICHAEL A. COX
    Attorney General

    s/ Laura A. Cook

    Assistant Attorney General
    Appellate Division
    P.O. Box 30217
    Lansing, MI  48913
    (517) 373-4875
    cookl@michigan.gov
    (P44718)