# NINTH JUDICIAL CIRCUIT COURT
## REGISTER OF ACTIONS
### CASE NO. 2003-0897-FC

| | | |
|---|---|---|
| STATE OF MICHIGAN vs MISHALL, PATRICK KEVIN | § § § § § | Location: **Criminal Division**<br>Judicial Officer: **Lightvoet, Pamela L**<br>Filed on: **07/11/2003**<br>Case Tracking No.: **3003704** |

---

### CASE INFORMATION

| Offense | Deg | Date | |
|---|---|---|---|
| 1. HOMICIDE-MURDER 1ST DEGREE-PREMEDITATED<br>   Arrest: 07/10/2003 | FEL | 07/11/2003 | Case Type: **Capital Felony** |
| 2. HOMICIDE - FELONY MURDER<br>   Arrest: 07/10/2003 | FEL | 07/11/2003 | Case Status: **10/18/2006   Inactive** |
| 3. WEAPONS FELONY FIREARM<br>   Arrest: 07/10/2003 | FEL | 07/11/2003 | |
| 4. ROBBERY - ARMED<br>   Arrest: 07/10/2003 | FEL | 07/11/2003 | |
| 5. WEAPONS FELONY FIREARM<br>   Arrest: 07/10/2003 | FEL | 07/11/2003 | |

---

### DATE | CASE ASSIGNMENT

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2003-0897-FC |
| Court | Criminal Division |
| Date Assigned | 07/11/2003 |
| Judicial Officer | Lightvoet, Pamela L |

---

### PARTY INFORMATION

| | | Lead Attorneys | |
|---|---|---|---|
| Plaintiff | State of Michigan | Brower, Scott W | 269-383-8900 |
| Defendant | MISHALL, PATRICK KEVIN | SADO,<br>*Court Appointed* | 313-256-9833 |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 03/03/2003 | Notice of<br>   OF TRIAL - BEGINNING MONDAY, JUNE 14, 2004 | |
| 07/11/2003 | Returns to Circuit Court | |
| 07/11/2003 | Petition and Order Court Appointed Attorney | |
| 07/18/2003 | Waiver of Arraignment & Election to Stand Mute | |
| 07/18/2003 | Information | |
| 07/18/2003 | Order:<br>   SCHEDULING ORDER | |
| 07/24/2003 | Notice of Scheduled Proceeding<br>   8/04/03 11:00 AM CT C HPTL - 8/18/03 1:30 PM CT C HHRG 9/19/03 1:30 PM CT C HSCF - 9/23/03 9:00 AM CT C HTRL | |
| 07/24/2003 | Criminal Scheduling Order | |

# NINTH JUDICIAL CIRCUIT COURT
## REGISTER OF ACTIONS
### CASE NO. 2003-0897-FC

| | |
|---|---|
| 07/30/2003 | Motion<br>*DEF'S MTN TO AMEND PRETRIAL ORDER RE: EXT TIME LIMITS & ADJ TRIAL DATE BY 90D* |
| 08/01/2003 | Notice of Scheduled Proceeding<br>*8/04/03 10:30 AM CT C HMOT* |
| 08/04/2003 | Criminal Court Event Summary Report and Mittimus |
| 08/04/2003 | Criminal Pretrial Summary |
| 08/04/2003 | **Motion** (0:01 AM) (Judicial Officer: Lamb, Richard Ryan)<br>*Court Reporter=N/A , DEF'S MOT TO AMEND PRE-TRIAL ORDER & ADJ TRIAL; MTN'S GRANTED*<br>*Completed* |
| 08/04/2003 | **Pre-Trial** (0:01 AM) (Judicial Officer: Lamb, Richard Ryan)<br>*No Court Reporter,*<br>*Completed* |
| 08/05/2003 | CANCELED **Settlement Conference**<br>*Conversion*<br>*OPEN ADJ, No Court Reporter,* |
| 08/05/2003 | CANCELED **Trial**<br>*Conversion*<br>*OPEN ADJ, No Court Reporter,* |
| 08/07/2003 | Transcript<br>*PRELIMINARY EXAMINATION 7/11/03* |
| 08/18/2003 | Criminal Court Event Summary Report and Mittimus |
| 08/18/2003 | Order:<br>*ALLOWING EXTENDED TIME LIMITS & ADJ OF TRIAL BY 90D* |
| 08/18/2003 | **Hearing** (1:40 PM) (Judicial Officer: Lamb, Richard Ryan)<br>*Court Reporter=112 , RE: BOND - UNDER ADVICEMENT  DEF WOULD LIVE W/MS PHILLIPS, 210 N BROWN STREET PAW PAW MI*<br>*Completed* |
| 08/22/2003 | Notice of Scheduled Proceeding<br>*12/26/03 1:30 PM CT C HSCF - 1/06/04 9:00 AM CT C HTRL* |
| 08/22/2003 | Under Advisement Opinion/Order<br>*ORDER CONTINUING DENIAL OF PRETRIAL RELEASE* |
| 10/29/2003 | Motion<br>*FOR INVESTIGATION & EXPERT WITNESS FES ON BEHALF OF INDIGENT DEF* |
| 10/31/2003 | Notice of Scheduled Proceeding<br>*11/10/03 3:30 PM CT C HMOT* |
| 10/31/2003 | Notice of<br>*HEARING 11/10/03 @ 1:30* |
| 11/10/2003 | CANCELED **Motion**<br>*Conversion*<br>*ADJ, No Court Reporter, DEFS MOT FOR INVES & EXPERT WITNESS FEES; TIME CHANGE TO 3:30 PER JUDGE* |

| Date | Action |
|---|---|
| 11/10/2003 | Criminal Court Event Summary Report and Mittimus |
| 11/10/2003 | **Motion** (3:38 PM) (Judicial Officer: Lamb, Richard Ryan)<br>*Court Reporter=159, DEFS MOT FOR INVEST & EXPERT WITNESS FEES/TIME CHANGE; 11/10/03 MTN GRANTED*<br>*Completed* |
| 11/24/2003 | Order:<br>*FOR INVESTIGATION & EXPERT WITNESS FEES ON BEHALF OF INDIGENT DEF* |
| 11/25/2003 | Notice of<br>*OF INTENT TO USE ACKNOW DOC'S/CERT REC'S OF REG CONDUCTED ACTIVITY* |
| 11/25/2003 | Miscellaneous Filing<br>*ACKNOW OF DOC'S & CERT REC'S OF REGULARLY CONDUCTED ACTIVITY* |
| 11/25/2003 | Motion<br>*TO ADMIT TESTIMONY UNDER ALTERNATIVE THEORIES* |
| 11/26/2003 | Miscellaneous Filing<br>*CERTIFICATION OF PUBLIC RECORDS* |
| 11/26/2003 | Motion<br>*TO PRECLUDE DEFENSE WITNESSES OR TESTIMONY* |
| 11/26/2003 | List Witness PA Intend Produce |
| 11/26/2003 | Notice of Further Known Witness(es) |
| 11/26/2003 | PA Request for Discovery |
| 12/03/2003 | Notice of Scheduled Proceeding<br>*12/18/03 1:30 PM CT C HMOT* |
| 12/09/2003 | Order Disqualification/Reassignment<br>*ALL CIRCUIT COURT JUDGES* |
| 12/10/2003 | CANCELED **Motion**<br>*Conversion*<br>*CANCELLED, No Court Reporter, PEO'S MOT TO ADMIT TESTIMONY UNDER ALT THEORIES* |
| 12/12/2003 | Notice Deletion of Witness(es)<br>*W/POS* |
| 12/16/2003 | CANCELED **Settlement Conference**<br>*Conversion*<br>*CANCELLED, No Court Reporter, OUR JUDGE'S DQ'D* |
| 12/16/2003 | CANCELED **Trial**<br>*Conversion*<br>*CANCELLED, No Court Reporter, OUR JUDGE'S DQ'D* |
| 12/17/2003 | Notice of<br>*DEF'S NOTICE FOR SERVICE OF WITNESS SUPOENAS TO PROSECTOR PURSUANT TO SCHEDULING ORDER W/POS* |
| 12/17/2003 | Response by Defendant<br>*TO PROSECUTOR'S REQUEST FOR DISCOVERY DEF REQUEST FOR CRIMINAL* |

| Date | Event |
|---|---|
| | HISTORY INFORMATION W/POS |
| 01/07/2004 | Motion<br>TO COMPEL COMPLIANCE WITH DISCOVERY & MOT FOR HEARING ON THE REASONABLENESS OF DEF'S DEMAND FOR SUBPOENA SERVI |
| 02/06/2004 | Transfer of Record to Assigned Judge<br>SENT TO VISITING JUDGE ALLEGAN COUNTY JUDGE CORSIGLIA |
| 02/11/2004 | Notice of<br>OF HEARING 3/15/04 @ 9:30 A.M. IN ALLEGAN COUNTY - CRIMINAL MOTIONS |
| 02/11/2004 | Notice of<br>OF STATUS CONF 2/19/04 @ 1PM. IN ALLEGANCOUNTY |
| 02/24/2004 | Notice of<br>OF ADJOURNMENT TO 3/22/04 @ 9:30 CT C, |
| 03/02/2004 | Order:<br>OF NOTICE OF TRIAL BEGINNING ON MONDAY, JUNE 14, 2004 W/CERTIFICATE OF SERVICE |
| 03/08/2004 | Response by Defendant<br>TO MOTION TO PRECLUDE DEFENSE WITNESS ORTESTIMONY W/POS |
| 03/08/2004 | Response by Defendant<br>TO MOTION TO COMPEL & TO REASONABLENESS OF DEF'S DEMAND FOR SUBPOENA W/POS |
| 03/08/2004 | Response by Defendant<br>TO MOTION TO ADMIT TESTIMONY UNDER ALTERNATIVE THEORIES W/POS |
| 03/22/2004 | Criminal Court Event Summary Report and Mittimus |
| 03/22/2004 | Motion (10:06 AM)  (Judicial Officer: Lamb, Richard Ryan)<br>Court Reporter=040 , TO PRECLUDE -DENIED; DEF'S MOT TO DEMAND FOR SERIVCE OF WITNESSES-DENIED; MOT TO COMPEL -GRANTED; MOT TO ADMIT TESTIMONY UNDER ALTERNATE THEORIES-NOT RULED UPON<br>Completed |
| 03/31/2004 | Petition<br>UNIFORM REDITION OF PRISONERS AS WITNESSES IN CRIMINAL PROCEEDINGS ACT - PETITION FOR CERTIFICATION |
| 03/31/2004 | Order:<br>UNIFORM REDITION OF PRISONERS AS WITNESSES IN CRIMINAL PROCEEDINGS ACT - JUDGE'S CERTIFICATION |
| 04/01/2004 | Miscellaneous Filing<br>DEF'S SUPPLEMENT TO PROSECUTOR'S REQUESTFOR DISCOVERY W/POS |
| 04/07/2004 | Order:<br>GRANTING IN PART AND DENYING IN PART PEOPLE'S MOTION TO ADMIT TESTIMONY UNDER THE ALTERNATIVE THEORIES |
| 04/07/2004 | Order:<br>ORDER GRANTING PEOPLE'S MOTION TO COMPELCOMPLICANCE W/DISCOVERY REQUEST & DETERMINE THE REASONABLENESS OF DEF' |
| 04/19/2004 | Order:<br>FOR SERVICE OF WITNESS SUBPOENAS AND EXPENSES FOR PRIVATE PLACEMENT |

| Date | Action |
|---|---|
| | OF SERVICE |
| 04/19/2004 | Motion<br>DEF'S MOT FOR EXPENSES OF WITNESS SUBPOENAS BY PRIVATE PLACEMENT W/ POS |
| 04/19/2004 | Stipulation<br>FOR DEF'S MOT FOR EXPENSES OF WITNESS SUBPOENAS BY FOR PRIVATE PLACEMENT |
| 05/19/2004 | Notice of Additional Witness |
| 05/19/2004 | Notice Deletion of Witness(es)<br>W/ POS |
| 06/14/2004 | Criminal Court Event Summary Report and Mittimus |
| 06/14/2004 | Petition<br>FOR PAYMENT OF TRAVEL EXPENSES |
| 06/14/2004 | Order:<br>FOR PAYMENT OF TRAVEL EXPENSES |
| 06/14/2004 | Motion<br>IN LIMINE TO ALLOW PARTICULAR EXAM OF INVESTIGATING OFFICERS REGARDING FAILURE TO INVESTIGATE/INTERVIEW PARTI |
| 06/14/2004 | Stipulation<br>STIPULATIONS FOR TRIAL |
| 06/14/2004 | **Trial** (10:02 AM) (Judicial Officer: Johnson, J. Richardson)<br>*Court Reporter=033, BEFORE VISITING JUDGE CORSIGLIA*<br>*Continued* |
| 06/15/2004 | Criminal Court Event Summary Report and Mittimus |
| 06/15/2004 | **Trial** (9:14 AM) (Judicial Officer: Johnson, J. Richardson)<br>*Court Reporter=034, BEFORE VISITING JUDGE CORSIGLIA*<br>*Continued* |
| 06/16/2004 | Criminal Court Event Summary Report and Mittimus |
| 06/16/2004 | **Trial** (9:06 AM) (Judicial Officer: Johnson, J. Richardson)<br>*Court Reporter=035, BEFORE VISING JUDGE CORSIGLIA*<br>*Continued* |
| 06/17/2004 | Criminal Court Event Summary Report and Mittimus |
| 06/17/2004 | **Trial** (9:12 AM) (Judicial Officer: Johnson, J. Richardson)<br>*Court Reporter=036, BEFORE VISITING JUDGE CORSIGLIA*<br>*Continued* |
| 06/21/2004 | Criminal Court Event Summary Report and Mittimus |
| 06/21/2004 | Miscellaneous Filing<br>PEOPLE'S PROPOSED JURY INSTRUCTIONS |
| 06/21/2004 | Miscellaneous Filing<br>DEF'S PROPOSED JURY INSTRUCTIONS |
| 06/21/2004 | **Trial** (9:18 AM) (Judicial Officer: Johnson, J. Richardson) |

| | |
|---|---|
| | *Court Reporter=037, BEFORE VISTING JUDGE CORSIGLIA*<br>*Continued* |
| 06/22/2004 | Criminal Court Event Summary Report and Mittimus |
| 06/22/2004 | **Trial** (2:07 PM) (Judicial Officer: Johnson, J. Richardson)<br>*Court Reporter=037, BEFORE VISITING JUDGE CORSIGLIA*<br>*Continued* |
| 06/23/2004 | Criminal Court Event Summary Report and Mittimus |
| 06/23/2004 | **Trial** (3:32 PM) (Judicial Officer: Johnson, J. Richardson)<br>*Court Reporter=037, BEFORE VISITING JUDGE CORSIGLIA*<br>*Continued* |
| 06/24/2004 | Criminal Court Event Summary Report and Mittimus |
| 06/24/2004 | **Trial** (3:50 PM) (Judicial Officer: Johnson, J. Richardson)<br>*Court Reporter=037, BEFORE VISITING JUDGE CORSIGLIA*<br>*Continued* |
| 06/25/2004 | Criminal Court Event Summary Report and Mittimus |
| 06/25/2004 | Miscellaneous Filing<br>*JURY QUESTIONS* |
| 06/25/2004 | **Trial** (3:37 PM) (Judicial Officer: Johnson, J. Richardson)<br>*Court Reporter=037, BEFORE VISITING JUDGE CORSIGLIA. PARTIES HAVE UNTIL 7/5/04 TO FILE BRIEFS RE BOND*<br>*Completed* |
| 07/06/2004 | Brief/Memorandum<br>*OPPOSING PERSONAL RECOGNIZANCE RELEASE W/POS* |
| 07/15/2004 | Order:<br>*OPINION AND ORDER RE: DEFENDANT MAY BE RELEASED ON PERSONAL RECOGNIZANCE UNDER MCR 6.106* |
| 09/07/2004 | Transfer of Record to Assigned Judge<br>*TO VISITING JUDGE COSIGLIA* |
| 09/07/2004 | Proof of Service<br>*SENT TO VISITING JUDGE* |
| 09/09/2004 | Notice of<br>*OF TRIAL SCHEDULED FOR FEB 7-10 & FEB 14 & 15. IN KALAMAZOO COUNTY CIRCUT COURTROOM D @ 9:00.M* |
| 11/30/2004 | Petition<br>*UNIFORM REDTIION OF PRISONERS AS WITNESSIN CRIMINAL PROCEEDINGS ACT - PETTITION FOR CERTIFICATION* |
| 11/30/2004 | Order:<br>*UNIFORM RENDITION OF PRISONERS AS WITNESSES IN CRIMINAL PROCEEDINGS ACT - JUDGE'S CERTIFICATION* |
| 12/28/2004 | Notice of Additional Witness |
| 01/07/2005 | Notice Deletion of Witness(es)<br>*W/POS* |

# NINTH JUDICIAL CIRCUIT COURT
## REGISTER OF ACTIONS
### CASE NO. 2003-0897-FC

| Date | Event |
|---|---|
| 01/10/2005 | Motion<br>*FOR INVESTIGATION AND EXPERT WITNESS FEES ON BEHALF OF INDIGENT DEFENDANT ON RETRIAL W/POS* |
| 01/10/2005 | Response by Plaintiff<br>*TO MOTION FOR INVESTIGATION AND EXPERT WITNESS FEES ON BEHALF OF INDIGENT DEF ON RETRIAL* |
| 01/10/2005 | Order:<br>*FOR INVESTIGATION AND EXPERT WITNESS FEES ON BEHALF OF INDIGENT DEF* |
| 01/10/2005 | Motion<br>*& STIPULATION PRESERVING MOTIONS AND ORDERS UPON RETRIAL W/POS* |
| 01/10/2005 | Order:<br>*PRESERVING MOTION AND ORDERS UPON RETRIAL* |
| 02/07/2005 | Criminal Court Event Summary Report and Mittimus |
| 02/07/2005 | **Trial** (9:28 AM) (Judicial Officer: Lamb, Richard Ryan)<br>*Court Reporter=021, W/ VISITING JUDGE CORSIGLIA*<br>*Continued* |
| 02/08/2005 | Criminal Court Event Summary Report and Mittimus |
| 02/08/2005 | **Trial** (9:08 AM) (Judicial Officer: Lamb, Richard Ryan)<br>*Court Reporter=022, W/VISITING JUDGE CORSIGLIA*<br>*Continued* |
| 02/09/2005 | Criminal Court Event Summary Report and Mittimus |
| 02/09/2005 | **Trial** (9:15 AM) (Judicial Officer: Lamb, Richard Ryan)<br>*Court Reporter=024,*<br>*Continued* |
| 02/10/2005 | Criminal Court Event Summary Report and Mittimus |
| 02/10/2005 | **Trial** (9:07 AM) (Judicial Officer: Lamb, Richard Ryan)<br>*Court Reporter=024,*<br>*Continued* |
| 02/14/2005 | Form of Verdict |
| 02/14/2005 | Criminal Court Event Summary Report and Mittimus |
| 02/14/2005 | Brief/Memorandum<br>*MEMO IN SUPPORT OF DEF'S OBJECTION TO REREAD TESTIMONY AND VIDEO REPLAY TO JURY* |
| 02/14/2005 | Miscellaneous Filing<br>*PEOPLE'S PROPOSED JURY INSTRUCTIONS* |
| 02/14/2005 | Response by Plaintiff<br>*TO DEF'S OBJECTION TO REREAD TESTIMONY AND VIDEO REPLAY TO JURY* |
| 02/14/2005 | Order for DNA Sample |
| 02/14/2005 | **Disposition**<br>  1. HOMICIDE-MURDER 1ST DEGREE-PREMEDITATED<br>     Conversion - Guilty Verdict |

# NINTH JUDICIAL CIRCUIT COURT
## REGISTER OF ACTIONS
### CASE NO. 2003-0897-FC

| | |
|---|---|
| 02/14/2005 | **Disposition**<br>2. HOMICIDE - FELONY MURDER<br>    Conversion - Not Guilty |
| 02/14/2005 | **Disposition**<br>3. WEAPONS FELONY FIREARM<br>    Conversion - Guilty Verdict |
| 02/14/2005 | **Disposition**<br>4. ROBBERY - ARMED<br>    Conversion - Guilty Verdict |
| 02/14/2005 | **Disposition**<br>5. WEAPONS FELONY FIREARM<br>    Conversion - Guilty Verdict |
| 02/14/2005 | **Trial** (9:03 AM) (Judicial Officer: Lamb, Richard Ryan)<br>    *Court Reporter=025 ,*<br>*Completed* |
| 03/07/2005 | Criminal Court Event Summary Report and Mittimus |
| 03/07/2005 | Notice of right to appellate review/requst appt of attorney |
| 03/07/2005 | **Sentence** (Judicial Officer: Conversion, Judge)<br>  1. HOMICIDE-MURDER 1ST DEGREE-PREMEDITATED<br>    Conversion - Sentencing Type<br>    State Confinement:<br>      Agency: Michigan Department of Corrections<br>      Effective 3/7/2005<br>      Term: 999 Yr to 999 Yr<br>    Converted Disposition:<br>      Fine:0, Rest:0, Vctm:$60.00, Ct Cost:$350.00, Atty Fee:$1,307.00, St Fee:$240.00<br>      CT.1 CONCURRENT W/CT. 4 & CONSECUTIVE TO CTS.3 & 5. CT.3<br>      CONCURRENT W/CT 5 & CONSECUTIVE TO CTS.1&4. CT.4 CONCURRENT<br>      W/1 & CONSECUTIVE 3&5; CT.5 CONCURRENT W/3 & CONSECUTIVE 1&4<br>      Amended Sentence Type: A<br>  3. WEAPONS FELONY FIREARM<br>    Conversion - Sentencing Type<br>    Converted Disposition:<br>      Fine:0, Rest:0, Vctm:0, Ct Cost:0, Atty Fee:0, St Fee:0<br>      Amended Sentence Type: A<br>    State Confinement:<br>      Agency: Michigan Department of Corrections<br>      Effective 3/7/2005<br>      Term: 2 Yr to 2 Yr<br>      Credit for Time Served: 426 Days<br>  4. ROBBERY - ARMED<br>    Conversion - Sentencing Type<br>    State Confinement:<br>      Agency: Michigan Department of Corrections<br>      Effective 3/7/2005<br>      Term: 999 Yr to 999 Yr<br>    Converted Disposition:<br>      Fine:0, Rest:0, Vctm:0, Ct Cost:0, Atty Fee:0, St Fee:0<br>      Amended Sentence Type: A<br>  5. WEAPONS FELONY FIREARM<br>    Conversion - Sentencing Type<br>    Converted Disposition:<br>      Fine:0, Rest:0, Vctm:0, Ct Cost:0, Atty Fee:0, St Fee:0<br>      Amended Sentence Type: A<br>    State Confinement:<br>      Agency: Michigan Department of Corrections |

| | |
|---|---|
| | Effective 3/7/2005<br>Term: 2 Yr to 2 Yr<br>Credit for Time Served: 426 Days |
| 03/07/2005 | **Sentencing** (1:45 PM) (Judicial Officer: Lamb, Richard Ryan)<br>*Court Reporter=039, BEFORE JUDGE CORSIGLIA*<br>*Completed* |
| 03/08/2005 | Judgment of Sentence |
| 03/11/2005 | Claim of Appeal to Court of Appeals or Supreme Court<br>*SADO APP'TED* |
| 03/17/2005 | Reporter/Recorder Certificate of Ordering Transc on Appeal<br>*03/11/05* |
| 03/18/2005 | Amended Judgment of Sentence |
| 03/22/2005 | Affidavit<br>*AFFIDAVIT OF RETURN OF RECORD FROM ALLEGAN COUNTY* |
| 03/30/2005 | Order:<br>*FOR ADD'L TRANSCRIPTS* |
| 04/05/2005 | Reporter/Recorder Certificate of Ordering Transc on Appeal<br>*03/31/05* |
| 05/23/2005 | Order to Remit Prisoner Funds for Fines, Costs & Restitution |
| 06/13/2005 | Notice of Filing of Transcript and Affidavit of Mailing |
| 06/13/2005 | Transcript<br>*JURY TRIAL - VOL I OF V 2/7/05* |
| 06/13/2005 | Transcript<br>*JURY TRIAL - VOL II OF V 2/8/05* |
| 06/13/2005 | Transcript<br>*JURY TRIAL - VOL III OF V 2/9/05* |
| 06/13/2005 | Transcript<br>*JURY TRIAL - VOL IV OF V 2/10/05* |
| 06/13/2005 | Transcript<br>*JURY TRIAL - VOL V OF V 2/14/05* |
| 06/13/2005 | Transcript<br>*SENTENCE 3/7/05* |
| 07/01/2005 | Transcript<br>*08/18/03 BOND MOTION* |
| 07/01/2005 | Transcript<br>*11/10/03 MOT-INVEST. EXP/EXP WIT FEES* |
| 07/01/2005 | Transcript<br>*03/22/04 MOTIONS* |
| 07/01/2005 | Transcript<br>*06/14/04 JURY TRIAL-VOLUME I OF IX* |

# NINTH JUDICIAL CIRCUIT COURT
## REGISTER OF ACTIONS
### CASE NO. 2003-0897-FC

| Date | Action |
|---|---|
| 07/01/2005 | Transcript<br>*06/15/04 JURY TRIAL-VOLUME II OF IX* |
| 07/01/2005 | Transcript<br>*06/16/04 JURY TRIAL-VOLUME III OF IX* |
| 07/01/2005 | Transcript<br>*06/17/04 JURY TRIAL-VOLUME IV OF IX* |
| 07/01/2005 | Transcript<br>*06/21/04 JURY TRIAL-VOLUME V OF IX* |
| 07/01/2005 | Transcript<br>*06/22/04 JURY TRIAL-VOLUME VI OF IX* |
| 07/01/2005 | Transcript<br>*06/23/04 JURY TRIAL-VOLUME VII OF IX* |
| 07/01/2005 | Transcript<br>*06/24/04 JURY TRIAL-VOLUME VIII OF IX* |
| 07/01/2005 | Transcript<br>*06/25/04 JURY TRIAL-VOLUME IX OF IX* |
| 07/01/2005 | Notice of Filing of Transcript and Affidavit of Mailing |
| 11/29/2005 | Brief/Memorandum<br>*PLAINTIFF-APPELLEE'S BRIEF IN OPPOSITION TO DEFENDANT-APPELLANT'S BRIEF ON APPEAL* |
| 12/07/2005 | Proof of Mailing to Court of Appeals/Supreme Court |
| 10/18/2006 | Court of Appeals/Supreme Court Opinion/Order - Affirmed |
| 11/01/2006 | Notice of<br>*11/21/06 SUPREME COURT NOTICE OF HEARING& POS* |
| 01/31/2007 | Order:<br>*FOR APP FOR LEAVE TO APPEAL THE 101706 JUDGMENT IS CONSIDERED AND DENIED* |
| 01/31/2007 | Affidavit<br>*OF RETURN OF RECORD FROM MSC* |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** MISHALL, PATRICK KEVIN | |
| | Total Charges | 1,747.47 |
| | Total Payments and Credits | 0.00 |
| | **Balance Due as of 2/21/2008** | **1,747.47** |